IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00791-WYD-BNB

JAMES B. NEIL, JR.,

      Plaintiff,

v.

JOE ORTIZ,
LARRY REID,
GARY WATKINS,
JOHN CARROLL,
JACKIE JONES, and
JAN SYLVIA,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2005

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: _____6/17/05_____

BY THE COURT:

_____

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   05-cv-00791-WYD-BNB

James B. Neil, Jr.
Prisoner No. 81344
Buena Vista Corr. Facility
PO Box 2017 – Lower North
Buena Vista, CO 81211

Joe Ortiz, Larry Reid,
Gary Watkins, John Carroll,
Jackie Jones, and Jan Sylvia -WAVIER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

        I hereby certify that I have mailed a copy of the ORDER, COMPLAINT FILED
4/29/05, AMENDMENT FILED 5/23/05, SUMMONS, WAIVER, AND CONSENT FORM
to the above-named individuals on *6/28/05*     .

                                    GREGORY C. LANGHAM, CLERK

                        By:_____
                                        Deputy Clerk