IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00791-WYD-BNB

JAMES B. NEIL, JR., #81344,

Plaintiff,

v.

JOE ORTIZ;
LARRY REID;
GARY WATKINS;
JOHN CARROLL;
JACKIE JONES; and
JAN SYLVIA,

Defendants.
_____

## ORDER
_____

The parties appeared this afternoon for a preliminary scheduling conference. The following schedule was established:

      **Discovery Cut-Off:**      **February 1, 2006**

      (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

      **Dispositive Motions Deadline:**      **March 6, 2006**

      **Expert Disclosures:**      The parties do not anticipate the use of expert witnesses.

      **Final Pretrial Conference:**  A final pretrial conference will be held in this case on **May 3, 2006, at 8:30 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **April 26, 2006**.

Dated September 22, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge