IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00791-WYD-BNB

JAMES B. NEIL, JR., #81344,

    Plaintiff,

v.

JOE ORTIZ;
LARRY REID;
GARY WATKINS;
JOHN CARROLL;
JACKIE JONES; and
JAN SYLVIA,

    Defendants.

## ORDER OF DISMISSAL

    THIS MATTER comes before the Court on the pleading entitled "Complaint Dissolution" filed by pro se Plaintiff in this matter.  The pleading asks that the Complaint be dismissed without prejudice.  The Court, having reviewed the pleading and being fully advised in the premises,

    ORDERS that Plaintiff's pleading entitled "Complaint Dissolution", which is interpreted as a motion to dismiss the action without prejudice, is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

    Dated:  January 27, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge